IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUENTIN LAONE BELL,<br><br>    Plaintiff,<br><br>    v.<br><br>WALMART, INC.,<br><br>    Defendant. | Case No. 25-cv-08113-MMC<br><br>**ORDER DISCHARGING ORDER DIRECTING PLAINTIFF AND DEFENDANT TO SHOW CAUSE** |

Walmart having filed, on November 19, 2025, a "Consent or Declination to Magistrate Judge Jurisdiction," the Order Directing Plaintiff and Defendant to Show Cause (Doc. No. 11) is hereby DISCHARGED,[1] and Walmart having declined Magistrate Judge Jurisdiction, the above-titled action remains with this Court.

**IT IS SO ORDERED.**

Dated: November 26, 2025

MAXINE M. CHESNEY
United States District Judge

---

[1] To date, plaintiff has not filed a "Consent or Declination" form. In light of his pro se status, however, the Order to Show Cause is hereby discharged as to both parties. Nonetheless, plaintiff is hereby advised that he will be held responsible for any future failure to comply with court orders.